U.S. DISTRICT COURT
LAWRENCE K. BAERMAN, CLERK

APR 08 2008

FILED
SYRACUSE, NY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

DONNOCH DANFUNG DENNIS,

    Plaintiff,

vs.

THE CITY OF ITHACA, NEW YORK, et al.,

    Defendants.

---

STIPULATION
DISCONTINUING ACTION

Case No. 5:07-CV-94
(NMP/GJD)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, on the merits, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: ~~March~~ April 4, 2008.

_____
Scott A. Miller, Esq.
Holmberg, Galbraith, Van Houten & Miller
Attorneys for Plaintiff  Bar Roll # 513398

_____
Paul Wagner, Esq.
Shea Stokes, PC
Attorneys for Defendants
Bar Roll # 507326

**SO ORDERED**

_____
NEAL P. McCURN
U.S. DISTRICT JUDGE
Dated: 4/8/08
Syracuse, New York

HOLMBERG, GALBRAITH,
VAN HOUTEN & MILLER
ATTORNEYS AND
COUNSELORS AT LAW
200 EAST BUFFALO ST.
SUITE 502
ITHACA, NEW YORK 14851-6599